J-A04009-15
J-A04010-15

2015 PA Super 132

MICHAEL J. YOCABET,                     :       IN THE SUPERIOR COURT OF
                                        :            PENNSYLVANIA
            Appellee                    :
                                        :
            v.                          :
                                        :
UPMC PRESBYTERIAN AND                   :
UNIVERSITY OF PITTSBURGH                :
PHYSICIANS                              :
                                        :
APPEAL OF:  UPMC PRESBYTERIAN           :
SHADYSIDE,                              :
                                        :
            Appellant                   :
                                        :
_____ :
                                        :
CHRISTINA L. MECANNIC,                  :
                                        :
            Appellee                    :
                                        :
            v.                          :
                                        :
UPMC PRESBYTERIAN AND                   :
UNIVERSITY OF PITTSBURGH                :
PHYSICIANS                              :
                                        :
APPEAL OF:  UPMC PRESBYTERIAN           :
SHADYSIDE,                              :
                                        :
            Appellant                   :       No. 569 WDA 2014


Appeal from the Order Entered March 11, 2014,
in the Court of Common Pleas of Allegheny County,
Civil Division at No(s):  G.D. NO. 11-19112, G.D. NO. 11-19113


MICHAEL J. YOCABET,                     :       IN THE SUPERIOR COURT OF
                                        :            PENNSYLVANIA
            Appellee                    :
                                        :
            v.                          :

J-A04009-15
J-A04010-15

|   |   |   |
|---|---|---|
| UPMC PRESBYTERIAN AND UNIVERSITY OF PITTSBURGH PHYSICIANS | : | |
| | : | |
| APPEAL OF: UPMC PRESBYTERIAN SHADYSIDE, | : | |
| | : | |
| Appellant | : | |
| | : | |
| CHRISTINA L. MECANNIC, | : | |
| | : | |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| UPMC PRESBYTERIAN AND UNIVERSITY OF PITTSBURGH PHYSICIANS | : | |
| | : | |
| APPEAL OF: UPMC PRESBYTERIAN SHADYSIDE, | : | |
| | : | |
| Appellant | : | No. 1230 WDA 2014 |

Appeal from the Order Entered June 26, 2014,
in the Court of Common Pleas of Allegheny County,
Civil Division at No(s): G.D. NO. 11-19112, G.D. NO. 11-19113

BEFORE: BOWES, OLSON, and STRASSBURGER,[*] JJ.

CONCURRING AND DISSENTING OPINION BY STRASSBURGER, J.:

**FILED: June 5, 2015**

For the reasons provided by the Majority, I too would affirm the March

11, 2014 order. I therefore join Part II of the Majority Opinion. However,

---

[*] Retired Senior Judge assigned to the Superior Court.

- 2 -

unlike the Majority, I also would affirm the June 26, 2014 order. Thus, I dissent to Part III of the Majority Opinion.

As to the June 26, 2014 order, I agree with the trial court's assessment of UPMC's attorney-client-privilege argument. UPMC did not claim that Ms. Concordia is a lawyer, and nothing in the record would permit a finding that her presentation to the Board was a discussion with legal counsel. For these reasons, I conclude that the trial court properly determined that the attorney-client privilege does not protect the information the plaintiffs sought in requests 23 and 24.

I further note that the trial court refused to address UPMC's claim that the information in-question was protected by the peer review privilege, essentially because UPMC failed to present the court with a developed argument in support of that claim. Because I agree with the court, I believe the peer review privilege is not grounds for relief concerning the June 26th order.

For these reasons, I would affirm the trial court's orders.